CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
APR 30 2018
JULIA C. DUDLEY, CLERK
BY: s/ MARTHA L. HUPP
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| LATASHA NOEL, ) | |
| ) | |
| Plaintiff, ) | Case No. 4:18CV00027 |
| ) | State Court No. CL18000635-00 |
| v. ) | |
| ) | **O R D E R** |
| WAL-MART STORES EAST, LP, ET AL., ) | |
| ) | |
| Defendants. ) | |

This case was recently removed from the Circuit Court for Henry County to the United States District Court for the Western District of Virginia at Danville. This court finding it necessary and proper to do so, it is hereby REQUESTED that the original case file in your Court be forwarded to the Clerk of this court at P.O. Box 1400, Danville, VA 24543.

The Clerk is directed to send a copy of this Order to the Clerk of the Circuit Court for Henry County.

ENTERED:  April 30, 2018

s/Jackson L. Kiser
Senior United States District Judge