CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 19 2019

JULIA C. DUDLEY, CLERK
BY: /s/ M. Heap
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| LATASHA NOEL, | ) |
| Plaintiff, | ) Case No. 4:18-cv-00027 |
| v. | ) **FINAL ORDER** |
| WAL-MART STORES EAST, LP, and JOHN DOES 1 through 2, | ) By: Hon. Jackson L. Kiser<br>) Senior United States District Judge |
| Defendants. | ) |

THIS DAY came the parties to this action, by counsel, and advised the Court that they had compromised and settled all matters in controversy in this action.

And, it appearing proper so to do, it is **ADJUDGED** and **ORDERED** that this action be, and the same hereby is, **DISMISSED WITH PREJUDICE**, with each party to pay their own taxable court costs.

And the Clerk of this Court shall forward certified copies of this Order to counsel of record and shall strike this matter from the active docket of this Court.

**ENTERED** this 19th day of March, 2019.

/s/ Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE

WE ASK FOR AND CONSENT TO
THE ENTRY OF THIS ORDER:


/s/      Kristopher R. Olin
Kristopher R. Olin, Esq. (VSB No. 78890)
SPICER OLIN & ASSOCIATES, PC
540 South Main Street
Blacksburg, Virginia 24060
Telephone: (540) 552-0007
Facsimile: (540) 951-5139
kolin@spicerlawfirm.com

*Counsel for Plaintiff*


/s/    Victor S. Skaff, III
C. Kailani Memmer (VSB No. 34673)
Victor S. ("Dinny") Skaff, III (VSB No. 40054)
GLENN ROBINSON CATHEY MEMMER & SKAFF PLC
Fulton Motor Lofts
400 Salem Avenue, SW, Suite 100
Roanoke, Virginia 24016
Telephone: (540) 767-2200
Facsimile: (540) 767-2220
kmemmer@glennrob.com
vskaff@glennrob.com

*Counsel for Wal-Mart Stores East, LP*